UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK TRUST, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL G. FLORES, et al.,<br><br>    Defendants. | Case No. 15-cv-04785-KAW<br><br>**AMENDED ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 2 |

The Court has received Defendant's notice of removal and application to proceed *in forma pauperis* (IFP). The Court may authorize a party to file an action in federal court without prepayment of fees or security if the party submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a). The *in forma pauperis* statute also provides that the Court shall dismiss the case if at any time the Court determines that the allegation of poverty is untrue, or that the action (1) is frivolous or malicious, (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

Defendant, however, filled out a short form IFP application in lieu of the Northern District's application, which was incorrect, so his application is DENIED with leave to amend. The correct form—titled "Application to Proceed In Forma Pauperis—Non-Prisoner Cases"—is available on the district court's website at *http://cand.uscourts.gov/civilforms*. Defendant shall, by **November 13, 2015,** either submit an amended IFP application or pay the filing fee.

IT IS SO ORDERED.

Dated: October 21, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge