UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK TRUST, N.A., <br><br>       Plaintiff, <br><br>       v. <br><br> SAMUEL G. FLORES, et al., <br><br>       Defendants. | Case No. 15-cv-04785-WHO <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** <br><br> Dkt. Nos. 8, 11, 12 |

This order concerns Magistrate Judge Kandis A. Westmore's December 9, 2015 report and recommendation finding that there is no subject matter jurisdiction over this case removed from the Sonoma County Superior Court because there are no federal questions presented in the underlying unlawful detainer complaint and there is no diversity jurisdiction. Dkt. No. 8. Magistrate Judge Westmore recommends that the case be remanded. *Id.* No objections to the report and recommendation were filed by the December 28, 2015 deadline or have been filed since then.

Having reviewed the matter, the Court ADOPTS Judge Westmore's report and recommendation in whole. For the reasons expressed therein, this case is REMANDED to the Sonoma County Superior Court.[1]

**IT IS SO ORDERED**.

Dated: January 4, 2016

WILLIAM H. ORRICK
United States District Judge

---

[1] Plaintiff filed a motion to remand, Dkt. No. 11, and defendants have failed to file an opposition despite a December 29, 2015 deadline. This Order terminates as moot both the motion to remand and the related motion to shorten time, Dkt. No. 12.